UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CHARLESETTA WILLIAMS** | **CASE NO. 5:21-CV-03799** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STEVE PRATOR, ET AL** | **MAG. JUDGE MARK L. HORNSBY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action be **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that the Clerk of Court be ordered to decline to file any civil complaint submitted by Charlesetta Williams unless the complaint has been presented first to a district judge of this court and the judge has specifically authorized in writing that the complaint may be filed. It is also ordered that any motion to proceed in forma pauperis that accompanies such a complaint be referred to a district judge for action.

Monroe, Louisiana, this 3rd day of December, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE